MEMORANDUM OPINION




No. 04-03-00886-CR



Jesse Jeffery (Jeffrey) SANCHEZ,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CR-1938


Honorable Philip Kazen, Jr., Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: March 31, 2004


DISMISSED

 The trial court's certification in this appeal states that this case is a "plea-bargain case, and
the defendant has NO right of appeal." It further states "the defendant has waived the right of
appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be
dismissed if a certification that shows the defendant has a right of appeal has not been made part of
the record under these rules." Tex. R. App. P. 25.2(d). On February 13, 2004, we ordered that this
appeal would be dismissed pursuant to Rule 25.2(d) unless an amended trial court certification
showing that the appellant has the right of appeal was made part of the appellate record by March 15,
2004. See Tex. R. App. P. 25.2(d); 37.1; see also Daniels v. State, 110 S.W.3d 174, 177 (Tex.
App.--San Antonio 2003, no pet.). No such amended trial court certification has been filed.
Therefore, Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is
dismissed.

 PER CURIAM

Do Not Publish